NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Damien Lee Toliver, | No. CV-14-00335-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Unknown De La Fuente, *et al.*, | |
| Defendants. | |

At issue is United States Magistrate Judge James F. Metcalf's Report and Recommendation (Doc. 79) ("R&R") that the Court dismiss Plaintiff's claims in this matter as against Defendants Parnell and Salcido only, without prejudice.  The time for Plaintiff to file a response or objection to the R&R expired on December 15, 2015, and Plaintiff has filed no response or objection by that date or since. As Judge Metcalf warned in the R&R, a failure to timely file objections to any findings or recommendations of the Magistrate Judge is considered a waiver of a party's right to *de novo* consideration of the issues. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). Nonetheless, the District Court reviews the issues, the legal reasoning and factual basis of Judge Metcalf's R&R. Upon such review, the Court concludes the R&R is sound in all respects, and the Court will follow its recommendations.

As set forth in detail in the R&R, the Court extended the time for service of Defendants Parnell and Salcido to the maximum date to effect service pursuant to

LRCiv. 16.2(b), and then extended the date nearly four more months beyond that deadline. Plaintiff has been unable to effect service by the deadline or thereafter, and, as the R&R concludes correctly, has not shown good cause or excusable neglect for that failure to serve. The Court finds that there is a danger of prejudice to the unserved Defendants as this matter has proceeded beyond the filing of dispositive motions, and forcing defendants to join the matter now would make it nearly impossible for them to participate meaningfully in defense of the claims. The length and impact of delay also militates against a finding of excusable neglect. The case is now over two years old, and service on both Defendants Parnell and Salcido was returned unexecuted more than seven months ago, with no subsequent action. There appears no reason for the failure in service other than simple neglect. And while the Court agrees with Judge Metcalf's conclusion that there is no indication of bad faith on Plaintiff's part, on balance, the factors still militate against a finding of excusable neglect.

**IT IS ORDERED** adopting the Report and Recommendation (Doc. 79) in whole.

**IT IS FURTHER ORDERED** dismissing this matter without prejudice as to Defendants Parnell and Salcido only. The matter shall proceed against the remaining Defendants.

Dated this 3rd day of May, 2016.

Honorable John J. Tuchi
United States District Judge